In re Reza R. AGAHI and Behrooz Ershaghi.

No. 00–1276.

United States Court of Appeals, Federal Circuit.

DECIDED: March 9, 2001.

Before MAYER, Chief Judge, RADER and GAJARSA, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.